JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN V. IANNUZZI, JR., an individual;<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC. d/b/a SMITH'S FOOD AND DRUG; DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00409-GMN-EJY<br><br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

WHEREAS, the parties and their counsel of record participated in a private mediation on October 31, 2023 which resulted in the parties agreeing upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOHN V. IANNUZZI, JR., by and through his attorney of record, Tyler M. Crawford, Esq., of the law firm ATKINSON, WATKINS & HOFFMAN, LLP, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1. This case and all claims of JOHN V. IANNUZZI, JR. against all Defendants shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

CLAC 7656351.1

2. That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this 28th_day of December, 2023.

| ATKINSON, WATKINS & HOFFMAN, LLP | COOPER LEVENSON, P.A |
|---|---|
| /s/ Tyler M. Crawford<br>TYLER M. CRAWFORD, ESQ.<br>Nevada Bar No. 010559<br>10789 W. Twain Avenue, Suite 100<br>Las Vegas, NV 89135<br>(702) 562-6000<br>Attorneys for Plaintiff<br>JOHN V. IANNUZZI, JR. | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 W. Charleston Blvd.-Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED:

DATED this __29__ day of _____December_____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

CLAC 7656351.1

2